DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHRISTOPHER BRYANT COBBS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2355

————————————————

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Blair Allen, Public Defender, and Amanda Peterson, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Senior Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

BLACK, SLEET, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.